UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

ADAM BETANCOURT,

    Plaintiff,

v.                                              Case No: 3:13-cv-287-J-20JRK

STATE OF FLORIDA
DEPARTMENT OF
CORRECTIONS, et al.,

    Defendants.

_____/

## O R D E R

This cause is before this Court on Defendants' Emergency Unopposed Motion for Clarification (Dkt. 102).

On December 1, 2014, this Court granted partial summary judgment (Dkt. 101). In that Order, this Court granted summary judgment as to all claims except for two parts of Count II alleging deliberate indifference to serious medical needs for allegedly failing to provide sufficient catheters to plaintiff and for delaying treatment to Plaintiff's injured ankle. In addition, this Court also granted qualified immunity to Defendants Wellhausen and Uphaus. Defendants are correct that Count II was brought against Defendants Wellhausen and Uphaus only. (Dkt. 81). Accordingly, because this Court concluded that Defendants Wellhausen and Uphaus are entitled to qualified immunity, no issues remain to be litigated, and Judgment should be entered in Defendants' favor.

Accordingly it is **ORDERED**:

1. Defendants' Emergency Unopposed Motion for Clarification (Dkt. 102) is **GRANTED** as explained above; and

2. The Clerk is directed to **CLOSE** this case and to enter **JUDGMENT** in favor of Defendants.

**DONE** and **ORDERED** in Jacksonville, Florida this 12th day of December, 2014.

HARVEY E. SCHLESINGER
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Karen M. Marcell, Esq.
Michael O'Brien Colgan, Esq.
Lane Eric Neff, Esq.
Lisa Kuhlman Tietig, Esq.
Cedell Ian Garland, Esq.